

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2021

No. 04-21-00198-CV

**IN THE INTEREST OF N.S., IV, D.L.S. CHILDREN**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01043
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

Appellant Mom's brief was originally due to be filed with this court on June 21, 2021. *See* TEX. R. APP. P. 38.6(a). After this court granted Mom's first motion for extension of time to file her brief, the brief was due on July 12, 2021. On the once-extended due date, Mom filed a second motion for a ten-day extension of time to file her brief.

Appellant Mom's motion is GRANTED. Her brief is due on July 22, 2021. Any further motion for extension of time to file the brief is discouraged. *See* TEX. R. JUD. ADMIN. 6.2 (directing courts of appeals to dispose of parental rights termination suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court